MICHAEL C. ROBINSON, ESQ.     [SBN 120308]
mrobinson@rdwlaw.com
**ROBINSON DI LANDO**
A Professional Law Corporation
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017
(213) 229-0100 - telephone
(213) 229-0114 - facsimile

LISA KRALIK HANSEN, ESQ.     [SBN 149455]
lisa@cochranlaw1.com
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 - facsimile

**Attorneys for Plaintiffs,
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
SUBSCRIBING TO POLICY NUMBER N330039 12 55008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER N330039 12 55008,<br><br>          Plaintiffs,<br><br> v.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation, ALLIED INSURANCE COMPANY, an Iowa corporation, and ALLIED PROPERTY AND CASUALTY INSURANCE | Case No.: 2:16-cv-08190-BRO-AJW<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION FOR PROTECTIVE ORDER** |

| | |
|---|---|
| COMPANY, an Iowa corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

GOOD CAUSE exists to issue a protective order to protect the trade secrets or other confidential research, development, or commercially propriety or sensitive business information not be revealed or only to be revealed in a specified way, specifically including: (a) the Settlement Agreement by which Certain Underwriters at Lloyd's, London paid money in satisfaction of the judgment entered against B&G Development, Chris Bredesen and Virginia Bredesen in the underlying *Elizabeth Brandt v. B&G* lawsuit, (b) insurance claim manuals and guidelines that may apply to the claim at issue in this lawsuit, (c) insurance underwriting manuals and guidelines that may apply to the insurance policies at issue in this lawsuit, and (d) any training manuals or materials that would apply to the handling of the insurance claim and/or the issuance of the insurance policies at issue in this lawsuit. Therefore, this STIPULATED PROTECTIVE ORDER is hereby ENTERED.

Dated: August 7, 2017

_____
Hon. Andrew J. Wistrich, United States Magistrate Judge